**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

### No. 20-6451

LARRY DARNELL HILL, JR.,

        Plaintiff - Appellant,

     v.

LIEUTENANT EUGENE SINGLETON; LYNWOOD CARLTON, Nurse; JAMES
KELLER, Officer; JAWANDA BURCHETT, Officer; DEXTER KORNEGAY,
Counselor; JAMES PYATT, Officer; UNKNOWN SEGREGATION REVIEW
OFFICIAL,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at
Raleigh.  Terrence W. Boyle, District Judge.  (5:17-ct-03166-BO)

Submitted:  March 16, 2022                                    Decided:  April 4, 2022

Before GREGORY, Chief Judge, and AGEE and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Larry Darnell Hill, Jr., Appellant Pro Se.  Rudy E. Renfer, Assistant United States
Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Darnell Hill, Jr., appeals the district court's order dismissing without prejudice his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), for failure to exhaust available administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Hill v. Singleton*, No. 5:17-ct-03166-BO (E.D.N.C. Mar. 27, 2020). We deny Hill's motion for appointment of counsel and deny as moot his renewed motion for bail or release pending appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*